**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE:                                :
                                      :        CASE NO. 19-16132-elf
        Christopher King              :
            Debtor                    :        CHAPTER 13

_____

**ENTRY OF APPEARANCE**

      Kindly enter my appearance as attorney for Debtor, Christopher King in all matters for the duration of this bankruptcy case.

Erik B. Jensen, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102

/s/ Erik B. Jensen_____
Erik B. Jensen, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102
215-546-4700