**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    : Chpt 13
Christopher King
                                          :
                                          : Bankruptcy No: 19-16132-elf

**MOTION FOR ORDER AUTHORIZING EXTENSION OF TIME FOR FILING**
**STATEMENT OF AFFAIRS, SCHEDULES OF ASSETS AND**
**LIABILITIES AND REQUIRED DOCUMENTS**

Debtor, by his attorney, Erik B. Jensen, Esq. move this Court for an extension of time and respectfully represents that:

1.  Debtor filed a Chapter 13 petition on 9/30/19

2.  Remaining schedules are due to be filed by 10/14/19.

3.  Additional information is required to properly complete the required statements, And Schedules.

4.  Therefore, Debtor requests additional time to properly comply with the Bankruptcy Code in accurately completing the required documents.

5.  William C. Miller,  Esquire, the acting Chapter 13 Trustee in this case and the Office of the U.S. Trustee, has been served a copy of this Motion.

WHEREFORE, Attorney Erik B. Jensen, Esq., on behalf of the Debtor, respectfully requests this Honorable Court enter an Order giving an extension of time until 10/28/19 in which to complete the required statements and schedules.

Respectfully submitted,

Date: 10/14/19

/S/ Erik B. Jensen, Esq
Erik. B. Jensen, Esq.
1500 Walnut St. Suite 1920
Philadelphia, PA 19102

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                      **: Chpt 13**
Christopher King
                                                **:**
                                                **: Bankruptcy No: 19-16132-elf**

**O R D E R**


        AND NOW, this _____day of_____2019, upon consideration of
Debtor's Motion, it is hereby,

        ORDERED AND DECREED that debtor shall be allowed an extension of time until
10/28/19, by which date all required documents must be filed.



                                        BY THE COURT:


                                        _____
                                        Honorable Eric L. Frank
                                        U.S. BANKRUPTCY JUDGE