### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**　　　　　　　　　　　　　　　　**: Chpt 13**
Christopher King
　　　　　　　　　　　　　　　　　　　　**:**
　　　　　　　　　　　　　　　　　　　　**: Bankruptcy No: 19-16132-elf**

### O R D E R

　　　AND NOW, this __16th__ day of __October__ 2019, upon consideration of Debtor's Motion, it is hereby,

　　　**ORDERED** that debtor is **GRANTED** an extension of time until 10/28/19, by which date all required documents must be filed.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**