```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-16132-elf
Christopher King                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR               Page 1 of 1                  Date Rcvd: Oct 17, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             +Christopher King,    2053 Federal Street,    Philadelphia, PA 19146-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Christopher  King akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Home Equity Asset Trust Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                    **: Chpt 13**
Christopher King
                                              **:**
                                              **: Bankruptcy No: 19-16132-elf**

## O R D E R

AND NOW, this __16th__ day of __October__ 2019, upon consideration of Debtor's Motion, it is hereby,

**ORDERED** that debtor is **GRANTED** an extension of time until 10/28/19, by which date all required documents must be filed.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**