**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| IN RE: | : |
|  | :  Chapter 13 |
| CHRISTOPHER KING | : |
|  | :  Bankruptcy No. 19-16132 (ELF) |
| Debtor | : |

**NOTICE OF APPEARANCE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kivitz & Kivitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of Peter Lax, and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Peter Lax's attorney at the following address:

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
Tel:    215-549-2525
Fax:    215-253-5285
Email: jkivitz@kivitzlaw.com

Peter Lax hereby further notifies all parties of interest in this case that he is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

Date: October 28, 2019          ___/s/  *Jay E. Kivitz*_____
                                JAY E. KIVITZ, ESQUIRE
                                Attorney for Peter Lax


Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
Tel:    215-549-2525
Fax:    215-253-5285
Email: jkivitz@kivitzlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| CHRISTOPHER KING | : | |
| | : | Bankruptcy No. 19-16132 (ELF) |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing instrument has been served upon the debtor by first class mail postage prepaid as follows:

Christopher King
2053 Federal Street
Philadelphia, PA 19146

On this the 28th day of October, 2019.

_/s/ Jay E. Kivitz_____
JAY E. KIVITZ, ESQUIRE
Attorney for Peter Lax