IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Christopher King | : | No. 19-16132-elf |
|     Debtor | : | |
| | : | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served upon all secured creditors, unsecured creditors and all interested parties and/or their counsel via first class regular mail.

Date 11/5/19                                          /s/ Erik B. Jensen
                                                                                                       Erik B. Jensen, Esquire
                                                                                                         *Attorney for Debtor*