**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE:  Christopher King, | : | |
|         Debtor | : | |
| _____ | : | BK NO.  19-16132 ELF |
| | : | |
| Peter Lax | : | CH. 13 |
|         Movant | : | |
|         v. | : | |
| Christopher King, | : | |
|         Debtor | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    Peter Lax has filed with the court a Motion for Relief from the Automatic Stay of Section 362.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney**).

1. If you do not want the court to grant the relief sought in the motion, then on or before November 29, 2019 you or your attorney must do all of the following:
   (a) file an answer explaining your position at:
       United States Bankruptcy Court Robert N.C. Nix Building
       900 Market Street, Suite 400
       Philadelphia, PA 19107-4299

    If you mail your answer to the Bankruptcy Court Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and
   (b) mail a copy to the Movant's attorney:
       Jay E. Kivitz, Esquire
       Kivitz & Kivitz, P.C.
       7901 Ogontz Avenue
       Philadelphia, PA 19150

2. If you or your attorney do not take the steps described in paragraphs l (a) and l(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, in Courtroom 1, at the United States Bankruptcy Court, Robert N.C Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 on December 3, 2019 at 9:30 a.m. or as soon thereafter as counsel be heard, to consider the motion.

You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

   /s/ Jay E. Kivitz_____
JAY E. KIVITZ, ESQUIRE
Attorney ID No. 26769
KIVITZ & KIVITZ, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525  FAX 215-253-5285
jkivitz@kivitzlaw.com
Attorney for Movant/Applicant

Date: November 7, 2019