## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE:  Christopher King | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ : | BK NO.  19-16132 ELF |
| | : | |
| Peter Lax, | : | |
| Movant | : | 11 U.S.C. Section 362 |
| v. | : | |
| Christopher King, | : | Hearing Date: December 3, 2019 |
| | : | at 9:30 a.m. – Courtroom 1 |

### CERTIFICATION OF NO OBJECTION

I, Jay E. Kivitz, Esquire, Attorney for the Moving Party, do hereby certify that to the best of my knowledge, information and belief, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay of Peter Lax filed on November 7, 2019 with a response date of November 29, 2019 has been filed by the Debtor or the Trustee.


Dated: November 30, 2019     __/s/ Jay E. Kivitz_____
Jay E. Kivitz, Esquire
Attorney ID No. 26769
KIVITZ & KIVITZ, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525  FAX 215-253-5285
jkivitz@kivitzlaw.com
Attorney for Movant/Applicant

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE:  Christopher King | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ | : | BK NO.  19-16132 ELF |
| | : | |
| Peter Lax, | : | |
| Movant | : | 11 U.S.C. Section 362 |
| v. | : | |
| Christopher King, | : | Hearing Date: December 3, 2019 |
| | : | at 9:30 a.m. – Courtroom 1 |

### CERTIFICATION OF SERVICE

I, Jay E. Kivitz, Esquire, Attorney for Peter Lax  does hereby certify that on this date I caused to be served a true and correct copy of  Certification of No Objection to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 on the parties shown on the Service List attached, by the Court's ECF system or by first class mail, postage prepaid.

Respectfully submitted,

Date:  November 30, 2019

__/s/ Jay E. Kivitz_____
JAY E. KIVITZ, ESQUIRE
ID# 26769
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525
Attorney for Peter Lax

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE:  Christopher King | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ : | | BK NO.  19-16132 ELF |
| | : | |
| Peter Lax, | : | |
| Movant | : | 11 U.S.C. Section 362 |
| v. | : | |
| Christopher King, | : | Hearing Date: December 3, 2019 |
| | : | at 9:30 a.m. – Courtroom 1 |

### SERVICE LIST

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut St.
Suite 1920
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Thomas Song, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Christopher King
2053 Federal Street
Philadelphia, PA  19146