# NITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|       Debtor | : | |
| _____ | : | BK NO.  19-16132 ELF |
| | : | |
| Peter Lax, | : | CH. 13 |
| | : | |
|       Movant | : | |
|     v. | : | |
| Christopher King, | : | |
|       Debtor | : | |

## ORDER

AND NOW, this __4th__ day of __December__, 2019, upon consideration of the Motion of Peter Lax (the "Movant") for Relief from the Automatic Stay, and the Debtor's response thereto, if any, it is

**ORDERED** THAT the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED**.  The automatic stay under 11 U.S.C. §362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. §362(d)(1) as to Movant, his agents, assigns or successors in interest, so that Movant, his agents, assigns or successors in interest may take any and all actions under applicable state law to exercise his *in rem* remedies, including an action for possession if applicable, against the real property located at 2053 Federal Street, Philadelphia, PA  19146.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**