United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher King  
    Debtor

Case No. 19-16132-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 05, 2019  
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
```
db             +Christopher King,    2053 Federal Street,    Philadelphia, PA 19146-2829
cr             +Peter Lax,    111 Flagstaff Road,    Philadelphia, PA 19115-3409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
```
          ERIK B. JENSEN    on behalf of Debtor Christopher  King akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          JAY E. KIVITZ    on behalf of Creditor Peter  Lax jkivitz@kivitzandkivitz.com
          JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et.al.
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
           behalf of the holders of the Home Equity Asset Trust Et Al... bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et.al.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

# NITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:
      Debtor

_____: BK NO. 19-16132 ELF

Peter Lax,  :  CH. 13

      Movant

    v.

Christopher King,
      Debtor

## **ORDER**

AND NOW, this \_\_4th\_\_ day of \_\_December\_\_, 2019, upon consideration of the Motion of Peter Lax (the "Movant") for Relief from the Automatic Stay, and the Debtor's response thereto, if any, it is

**ORDERED** THAT the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED**. The automatic stay under 11 U.S.C. §362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. §362(d)(1) as to Movant, his agents, assigns or successors in interest, so that Movant, his agents, assigns or successors in interest may take any and all actions under applicable state law to exercise his *in rem* remedies, including an action for possession if applicable, against the real property located at 2053 Federal Street, Philadelphia, PA  19146.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**