United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16132-elf
Christopher King                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db              +Christopher King,    2053 Federal Street,    Philadelphia, PA 19146-2829
14405442        +Erik B. Jensen, Esquire,    Jensen Bagnato, P.C.,    1500 Walnut Street, Suite 1920,
                  Philadelphia, PA 19102-3509
14428096         HSBC BANK USA, NATIONAL ASSOCIATION, et.al.,     PHH MORTGAGE CORPORATION,
                  BANKRUPTCY DEPARTMENT, P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14415291         HSBC BANK USA, NATIONAL ASSOCIATION, et.al.,     C/o Thomas Song, Esq.,
                  1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14405623        +Jay Kivitz,    7901 Ogontz Avenue,    Philadelphia Pa 19150-1409
14405625        +PHH Mortgage Services,    Attn: Research/Bankruptcy,    1661 Worthington Rd ste 100,
                  West Palm Beach FL 33409-6493
14412044        +Peter Lax,    c/o Jay E. Kivitz, Esquire,    Kivitz & Kivitz, P.C.,    7901 Ogontz Avenue,
                  Philadelphia, PA 19150-1409
14405624        +Peter Lax,    111 Flagstaff Road,    Philadelphia Pa 19115-3409
14405626        +Philadelphia Parking Authority,    2467 Grant Avenue,    Philadelphia Pa 19114-1004
14405627        +Stern & Eisenberg PC,    1581 Main Street Ste 200,    The Shops at Valley Square,
                  Warrington, Pa 18976-3403
14416326         Thomas Song Esquire,    c/o Phelan Hallinan,    Diamond & Jones LLP,    1617 JFK Blvd ste 1400,
                  One Penn Center Plaza,    Philadelphia Pa 19103
14405628        +U.S. Bank National Assoc,    323 5th Street,    PO Box 35,    Eureka CA 95502-0035
14401524        +U.S. Bank National Association, as trustee, on beh,    C/O KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:24      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:20      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14405621        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2020 03:50:13
                  Credit Collection Services,    Attn: Bankruptcy,    725 Canton St.,    Norwood MA 02062-2679
14405559         E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 03:48:08      IRS,    PO BOX 7346,
                  PHILADELPHIA, PA 19101-7346
14404620         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:52:24      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14400895         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14404632         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:52:25
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14437035         E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2020 03:50:20
                  U.S. Bank National Association, et. al,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Peter Lax,    111 Flagstaff Road,    Philadelphia, PA 19115-3409
14405941*       +Erik B. Jensen, Esquire,    Jensen Bagnato, P.C.,    1500 Walnut Street, Suite 1920,
                  Philadelphia, PA 19102-3509
14405622*       +Internal Revenue Service,    PO Box 7346,    Philadelphia Pa 19101-7346
                                                                                               TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Lisa                    Page 2 of 2                   Date Rcvd: Jan 17, 2020
                               Form ID: pdf900               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Christopher  King akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JAY E. KIVITZ    on behalf of Creditor Peter  Lax jkivitz@kivitzandkivitz.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et.al.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Home Equity Asset Trust Et Al... bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTOPHER KING | Chapter 13 |
| Debtor | Bankruptcy No. 19-16132-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: January 15, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-


Debtor:
CHRISTOPHER KING

2053 FEDERAL STREET

PHILADELPHIA, PA 19146-